```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                      :
HBP ACCOUNTING, LLC,                :
                                                      :
                             Plaintiff,      :      1:22-cv-10960-GHW
                                                        :
                      -against-          :      <u>ORDER</u>
                                                          :
BERKSHIRE HATHAWAY DIRECT INSURANCE  :
COMPANY,                                           :
                                                          :
                                     Defendants.    :
------------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on December 29, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 12, 2023. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: December 31, 2022

                                                            _____
                                                              GREGORY H. WOODS
                                                            United States District Judge