UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                          :
HBP ACCOUNTING, LLC,                                :
                                                                  :
                                            Plaintiff,                 :          1:22-cv-10960-GHW
                                                                  :
                         -against-                       :           <u>ORDER</u>
                                                                  :
BERKSHIRE HATHAWAY DIRECT INSURANCE   :
COMPANY,                                           :
                                                                   :
                                            Defendants.  :
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2023

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated December 31, 2022 establishing the initial pre-trial conference, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 5. Pursuant to the Court's Individual Rule 2(C), pre-motion submissions are required for motions to dismiss. Defendants did not file a pre-motion submission before filing a motion to dismiss on January 5, 2023. Dkt. No. 8. Accordingly, that motion is denied without prejudice. If Defendants wish to renew their motion at a later date, they are directed to do so in compliance with the Court's Individual Rule 2(C).

      The Court will hold a conference in this matter on January 12, 2023 at 2:00 p.m. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties or their representatives are directed to appear at the conference.

      Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: January 6, 2023
      New York, New York

                                                  GREGORY H. WOODS
                                                 United States District Judge