```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
    HBP ACCOUNTING, LLC,                                             :
                                                                     :
                                  Plaintiff,                         :    1:22-cv-10960-GHW
                                                                     :
                      -against-                                      :    ORDER
                                                                     :
    BERKSHIRE HATHAWAY DIRECT INSURANCE                              :
    COMPANY,                                                         :
                                                                     :
                                  Defendant.                         :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2023

GREGORY H. WOODS, United States District Judge:

Plaintiff stipulated to the dismissal of this action without prejudice on the record during the hearing held on January 12, 2023. The stipulation was entered by Mr. Edwin Rivera, who filed the action on behalf of Plaintiff. Counsel for Defendant consented to the dismissal of the action without prejudice. As a result, this case is dismissed without prejudice.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to file proof of service.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 12, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge